IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

M.M., A CHILD,

      Petitioner,

v.                                                                                Case No.  5D16-2133

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 19, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, and Molina Arena-Randall, Assistant Public Defender, Orlando, for Petitioner.

No appearance for Respondent.


PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 26, 2016 sentence imposed in Case No. CJ16-1448, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

TORPY, BERGER and LAMBERT, JJ., concur.